IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-288 |
| vs. | |
| TAYLYR SMITH, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's oral motion to dismiss the indictment (filing 1). *See* filing 36. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's oral motion to dismiss the indictment is granted.

2. The indictment is dismissed.

Dated this 10th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge